7jgmtwoh (7/12)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:* John L. Putnam
*Debtor*

*Bankruptcy Case No.*
12−60104−abf7

**Physicians Investment Group of Springfield LLC**
 Plaintiff(s)

*Adversary Case No.*
15−06017−abf

v.

**Fred Charles Moon**
 Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Judgment is hereby entered in favor of Defendant/Chapter 7 Trustee, Fred Charles Moon and against Plaintiff, Physicians Investment Group of Springfield, LLC on the Trustee's Counterclaim for Declaratory Judgment in accordance with Document #16, Order Granting Default Judgment entered by the Court on 7/7/2015.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
 Deputy Clerk

Date of issuance: 7/7/15

Court to serve